IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-SL1, | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-3210-G (BH) |
| CHARLES MICHAEL COMSTOCK, JAMES LAWRENCE COMSTOCK, THE UNKNOWN HEIRS AT LAW OF CHARLES THEODORE COMSTOCK, DECEASED, AND THE UNKNOWN HEIRS AT LAW OF SALLYANN COMSTOCK, DECEASED, | § § § § § § § § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

The defendant's *"Claim for Summary Judgment,"* filed June 1, 2017 (docket entry 31), is **DENIED**.

**SO ORDERED**.

February 14, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**