UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-SL1, | ) ) ) ) ) ) ) | CIVIL ACTION NO.<br><br>3:16-CV-3210-G (BH) |
| Plaintiff, | ) ) | |
| VS. | ) ) | |
| CHARLES MICHAEL COMSTOCK, JAMES LAWRENCE COMSTOCK, THE UNKNOWN HEIRS AT LAW OF CHARLES THEODORE COMSTOCK, DECEASED, AND THE UNKNOWN HEIRS AT LAW OF SALLYANN COMSTOCK, DECEASED, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Plaintiff's combined motion for default and final summary judgment (docket entry 53), filed September 19, 2017, is **GRANTED**, and defendant Charles Michael Comstock's writ of quo warranto (docket entry 84), filed May 23, 2018, is **DENIED**. By separate judgment, the plaintiff will be awarded a default judgment against defendants James Lawrence Comstock and Nicole L. Comstock a/k/a Nicole Wolfe, as well as a judgment as a matter of law against defendants Charles Michael Comstock, the unknown heirs at law of Charles Theodore Comstock, and the unknown heirs at law of Sallyann Comstock, authorizing foreclosure on the real property located at 5325 South Peachtree Road, Balch Springs, Texas 75180.

**SO ORDERED**.

July 9, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**