UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-SL1, | CIVIL ACTION NO. 3:16-CV-3210-G (BH) |
| Plaintiff, | |
| VS. | |
| CHARLES MICHAEL COMSTOCK, JAMES LAWRENCE COMSTOCK, THE UNKNOWN HEIRS AT LAW OF CHARLES THEODORE COMSTOCK, DECEASED, AND THE UNKNOWN HEIRS AT LAW OF SALLYANN COMSTOCK, DECEASED, | |
| Defendants. | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the supplemental findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the supplemental findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant Charles Michael Comstock's writ of quo warranto #1 (docket entry 86) and writ of quo warranto #2 (docket entry 87), both filed on June 11, 2018, are **DENIED**.

**SO ORDERED**.

July 9, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**